Douglas A. Pettit, Esq., SBN 160371
Christine M. Mueller, Esq., SBN 231198
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
cmueller@pettitkohn.com

Attorneys for Defendant
**PERFORMANCE CONTRACTING, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WALKER, RAY STEWARD; FOSTER BROWN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PERFORMANCE CONTRACTING, INC.; VANCE MANNING; DOES 1 through 100,<br><br>Defendants. | CASE NO.: 1:15-CV-01206-JLT<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (L.R. 144; FRCP 6)**<br><br>(Doc. 6) |

Pursuant to Local Rule 144 and Federal Rule of Civil Procedure Rule 6, Plaintiffs Gerald Walker, Ray Steward, and Foster Brown (collectively, "Plaintiffs"), through their attorney of record, and Defendant Performance Contracting, Inc. ("Defendant"), through its attorney of record, hereby stipulate to an extension of time for Defendant to file its responsive pleading.

**WHEREAS:**

1. Plaintiffs filed a Complaint in the above-captioned matter on August 3, 2015.

2. Defendant was served with the subject Complaint on August 14, 2015.

3. Defendant's responsive pleading is currently due September 4, 2015.

4. Vance Manning has not yet been served with the Complaint.

5. Defendant is currently ascertaining whether its counsel will be representing Mr. Manning in this action. The parties agree that Defendant may have an additional 28 days to file a responsive pleading so that it may make such a determination.

Based on the foregoing, IT IS HEREBY STIPULATED by and between all parties through their respective counsel of record that:

(1) Defendant Performance Contracting, Inc.'s date to respond to the Complaint is extended to October 2, 2015.

**IT IS SO STIPULATED**

**LAW OFFICE OF RANDY RUMPH**

Dated: September 4, 2015____   By:   /s/ Randall Martin Rumph, Esq. (As authorized on September 4, 2015)
Randall Martin Rumph, Esq.
Attorneys for Plaintiffs
**GERALD WALKER; RAY STEWARD; FOSTER BROWN**
Email: rmrlaw10@sbcglobal.net

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: September 4, 2015   By:   /s/ Christine M. Mueller, Esq.
Douglas A. Pettit, Esq.
Christine M. Mueller, Esq.
Attorneys for Defendant
**PERFORMANCE CONTRACTING, INC.**
Email: dpettit@pettitkohn.com
        cmueller@pettitkohn.com

IT IS SO ORDERED.

Dated:   **September 9, 2015**             **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE