1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLENN WALKER, RAY STEWART, and FOSTER BROWN,<br><br>  Plaintiffs,<br><br>v.<br><br>PERFORMANCE CONTRACTING, INC., and VANCE MANNING,<br><br>  Defendants. | Case No.: 1:15-cv-01206 - JLT<br><br>ORDER AFTER INFORMAL CONFERENCE RE: DISCOVERY DISPUTE |

Defendants have issued subpoenas to various past and subsequent employers for the plaintiffs. The categories of documents sought are overbroad in some respects and Plaintiffs object. On May 11, 2016, the Court held an informal telephonic conference to attempt to resolve the issue.

At the conference, counsel agreed that the records would be produced to the Court for an in camera review during which the Court while keeping in mind Defendant's stated purpose for obtaining them but will likewise consider the allowable bases for discovery. Thus, the Court **ORDERS**:

1. As soon as possible, but no later than May 13, 2016, counsel **SHALL** submit a letter to the deposition officer and the recipients of the subpoenas, requiring the records to be gathered and

produced to the Court[1].  The records are to be produced to the Court as follows:

>United States Magistrate Judge Jennifer L. Thurston
>United States Courthouse
>510 19th Street, Suite 200
>Bakersfield, CA 93301

2. In the event the Court finds records that should be disclosed, it will issue an order describing the records generally and identifying them by Bates number.  It will give Plaintiffs a deadline by which they will indicate whether they continue to object to the production of the records. If they do, the Court will decide whether a further informal conference would be fruitful or, instead, whether the Court will authorize defendants to proceed with a motion to compel without further telephonic conference.  In the event the Court finds no records that should be disclosed, the Court will issue an order broadly outlining its findings and indicating that the subpoenas should be quashed.

IT IS SO ORDERED.

Dated: **May 11, 2016**            **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs may choose to have a copy of the records produced to their counsel at the same time—at their expense.