1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLENN WALKER, et al., | Case No.: 1:15-cv-01206 - JLT |
| Plaintiffs, | ORDER AFTER IN CAMERA REVIEW OF RECORDS PRODUCED BY CLP RESOURCES, INC. |
| v. | |
| PERFORMANCE CONTRACTING, INC., et al., | |
| Defendants. | |

The parties agreed that subpoenaed records related to the plaintiffs would be produced to the Court for an in camera review. They agreed that in the event the Court finds records that should be disclosed, it will issue an order describing the records generally and identifying them by Bates number. In this event, the Court would give plaintiffs a deadline by which they will indicate whether they continue to object to the production of the records. If they do, the Court will decide whether a further conference would be fruitful or simply authorize defendant to proceed with a motion to compel. In the event the Court finds no records should be disclosed, the Court will issue an order broadly outlining its findings and indicating that the subpoenas should be quashed.

The Court has conducted the review of records produced by CLP Resources, Inc. as to plaintiff, Gerald Walker (no other records have been produced to the Court as of the signing of this order). After doing so, the Court finds that all records from this location should be disclosed except

1

that Mr. Walker's social security number and driver's license number may be redacted from all documents. Thus, the Court **ORDERS**:

      1.    No later than July 1, 2016, Mr. Walker SHALL file a statement with the Court indicating whether he still objects to disclosure of the documents. If he does, he SHALL identify the specific pages of the record to which he objects to disclosure and the basis for the objection.

IT IS SO ORDERED.

Dated:   **June 21, 2016**                     **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE