UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLENN WALKER, et al., ) | Case No.: 1:15-cv-01206 - JLT |
| ) | |
| Plaintiffs, ) | ORDER REQUIRING PRODUCTION OF |
| ) | RECORDS FROM CLP RESOURCES, INC. |
| v. ) | |
| ) | |
| PERFORMANCE CONTRACTING, INC., et ) al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The Court conducted the review of records produced by CLP Resources, Inc. as to plaintiff, Gerald Walker. (Doc. 30) The Court found that all records from this location should be disclosed except that Mr. Walker's social security number and driver's license number may be redacted. The Court granted Mr. Walker time to lodge an objection to the Court's finding, but he has not done so. Thus, the Court **ORDERS**:

1. The records from CLP Resources, Inc. SHALL be produced to the defendants. No later than **July 15, 2016**, counsel SHALL confer as to how this will be accomplished and whether Mr. Walker wishes his social security and driver's license number to be redacted from all documents.

///

///

///

///

1

2.       No later than **July 15, 2016**, counsel for Mr. Walker SHALL retrieve the copies of the records produced to the Court from the Clerk's Office at the United States Courthouse located at 51019th Street, Bakersfield, CA.

IT IS SO ORDERED.

   Dated:   **July 7, 2016**                             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE