**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD GLENN WALKER, et al., ) | Case No.: 1:15-cv-01206 - JLT |
| ) | |
| Plaintiffs, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| ) | |
| v. ) | (Doc. 40) |
| ) | |
| PERFORMANCE CONTRACTING, INC., et ) al., ) | |
| ) | |
| Defendants. ) | |

On September 8, 2016, the parties notified the Court that the parties have settled the action. (Doc. 40) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **October 28, 2016**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **September 9, 2016**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1