Douglas A. Pettit, Esq., SBN 160371
Tristan A. Mullis, Esq., SBN 266558
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: dpettit@pettitkohn.com
tmullis@pettitkohn.com

Attorneys for Defendants
**PERFORMANCE CONTRACTING, INC.
AND VANCE MANNING**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GLENN WALKER, RAY STEWARD, FOSTER BROWN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PERFORMANCE CONTRACTING, INC.; VANCE MANNING; DOES 1 through 100,<br><br>Defendants. | CASE NO.: 1:15-cv-01206-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. 42) |

Upon considering the stipulation between Plaintiffs Gerald Glenn Walker, Ray Steward, and Foster Brown (collectively, "Plaintiffs") Defendant Performance Contracting, Inc. and good cause appearing, therefore,

IT IS HEREBY ORDERED THAT the case is dismissed, with prejudice.

Dated: October 21, 2016

*/s/ Jennifer L. Thurston*
UNITED STATES MAGISTRATE JUDGE

1605-2005